IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONALD HASLEY,<br><br>        Plaintiff,<br><br>vs.<br><br>DENNIS M. SCHUSTER, In his official and Individual Capacity; and CITY OF BEATRICE, NEBRASKA,<br><br>        Defendants. | 4:13CV3221<br><br>AMENDED PROGRESSION ORDER |

IT IS ORDERED that the parties' joint stipulation to amend the Final Progression Order, (Filing No. 45), is granted. The progression order is amended as follows:

1) The deposition deadline is September 4, 2015.

2) The deadline for filing motions to dismiss and motions for summary judgment is September 24, 2015. The parties are advised, however, that the trial and pretrial conference may be continued on the court's own motion if dispositive motions are filed after September 7, 2015.[1]

Dated this 29th day of July, 2015

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.