IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONALD HASLEY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DENNIS M. SCHUSTER, In his official and Individual Capacity; et. al;<br><br>　　　　　Defendants. | **4:13CV3221**<br><br>**ORDER** |

IT IS ORDERED:

1)　　Plaintiff's motion, (Filing No. 47), is granted.

2)　　The deposition deadline is extended from September 4 to September 11, 2015.

August 25, 2015.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge