IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RONALD HASLEY,

           Plaintiff,

vs.

DENNIS M. SCHUSTER, In his official and Individual Capacity; and CITY OF BEATRICE, NEBRASKA,

           Defendants.

4:13CV3221

ORDER

Plaintiff has served a 30(b)(6) deposition notice on the defendants. The defendants have moved for a protective order prohibiting the Plaintiff from inquiring about properties other than the property at 1011 North 6th Street, Beatrice, Nebraska, and from asking about the defendants' retention and use of outside counsel for litigation with the plaintiff. (Filing No. 51). To facilitate a prompt resolution of the issues and permit the deposition to proceed as noticed, the court convened a telephonic hearing today, at which time the parties presented their respective positions on the motion. Upon consideration of the defendants' motion,

IT IS ORDERED:

1) The defendants' motion for protective order, (Filing No. 51), is granted.

2) During the noticed 30(b)(6) deposition(s), the Plaintiff is prohibited from questioning the witness concerning the topics identified in paragraphs 2-8, 10 and 11 in Exhibit A and paragraphs 1-7, 9-11, and 24-26 in Exhibit B to Plaintiff's Notice of Deposition, (Filing Nos. 49-1 and 49-2); and the details of its relationship with its counsel in this action, as requested in paragraphs 14 through 17 in Exhibit B to Plaintiff's Notice of Deposition, (Filing No. 49-1).

August 31, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge